ROBERT SNYDER, Appellant, v. LUCY T. SNYDER, Respondent.—

Judgment unanimously affirmed, with costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

ERNEST URBEN et al., Respondents, v. FLOYD A. TUCKER, as Administrator of the Estate of ALBERT F. TUCKER, Deceased, Appellant.—

Judgment unanimously affirmed, with costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.